## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTIN MARKIEWICZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No.: 18-CV-00274 (TJK) |

## NOTICE OF SETTLEMENT

The parties submit this notice of settlement to inform the Court that the parties have agreed to terms to resolve this matter.  Upon receipt of the settlement payment, Plaintiff will file a stipulation of dismissal with prejudice.

Respectfully submitted,

*/s/ Jordan Z. Nye*
JORDAN Z. NYE [1033236]
Ackerman Brown PLLC
1010 Wisconsin Avenue, NW, Suite 208
Washington, D.C. 20007
Phone: (202) 318-5584
Fax: (202) 355-6489
jordan.nye@ackermanbrown.com

*Counsel for Plaintiff*

and

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Acting Chief, Civil Litigation Division Section III

*/s/ Nathan A. Guest*
NATHAN A. GUEST [494409]
Assistant Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, D.C. 20001
Phone: 202-724-6534
Fax: 202-730-1899
nathan.guest@dc.gov

*Counsel for Defendant District of Columbia*