# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTIN MARKIEWICZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 18-CV-00274 (TJK) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Justin Markiewicz and Defendant District of Columbia, through their respective counsel, file this Joint Stipulation of Dismissal with Prejudice. The parties have settled this matter and herein stipulate to the dismissal of this action with prejudice. Each party to bear their own costs.

Respectfully submitted,

/s/ Jordan Z. Nye
Jordan Z. Nye
Ackerman Brown, PLLC
2101 L Street, N.W., Suite 440
Washington, DC 20037
(202) 350-3216 (Telephone)
Email: jordan.nye@ackermanbrown.com
*Counsel for Plaintiff*

AND

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Alicia M. Cullen
ALICIA M. CULLEN [1015227]

Acting Chief, Civil Litigation Division Section III
441 4th Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 442-9840 (Telephone)
(202) 715-7721 (Fax)
Email: alicia.cullen@dc.gov
*Counsel for Defendant District of Columbia*